**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Michael CURTIS, Defendant—
Appellant.**

No. 04–6111.

United States Court of Appeals,
Fourth Circuit.

Submitted March 11, 2004.

Decided March 19, 2004.

Michael Curtis, Appellant pro se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael Curtis appeals the district court's order accepting the recommendation of the magistrate judge's report denying relief on his 18 U.S.C. § 3582 (2000) motion. In his motion, Curtis asserted he was entitled to modification of his sentence pursuant to Amendment 591 of the *U.S. Sentencing Guidelines Manual* (2003). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Curtis,* Nos. CR–89–54; CA–03–2107–3 (S.D.W.Va. Dec. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*